**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Molay Sheriff,

Plaintiff,

v.

Multilayer Technology, Inc.
d/b/a Multek,

Defendant.

Civil No. 01-1365 (DWF/AJB)

**ORDER OF DISMISSAL**

---

David C. Weinstein, Esq., Weinstein Law Office, 520 Marquette Avenue, Suite 900, Minneapolis, MN 55402, counsel for Plaintiff.

Timothy J. Ewald, Esq., and Mark S. Mathison, Esq., Gray Plant Mooty Mooty & Bennett, 3400 City Center, 33 South Sixth Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 3, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 03 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______